PHILLIP A. TALBERT
Acting United States Attorney
ELLIOT C. WONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00023-CKD |
| Plaintiff, | [~~Proposed~~] ORDER TO DISMISS |
| v. | |
| EPHRAIM RODRIGUEZ, | DATE: August 15, 2016 |
| | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss case number 2:16-cr-00023-CKD without prejudice is GRANTED. The trial date currently set for August 15, 2016 is VACATED.

IT IS SO ORDERED.

Dated: June 3, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1